UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00365-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. OMAR ZAMORA,

 Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 The supervised release violation hearing set for Friday, September 3, 2010, at 3:30 p.m. is **CONTINUED** to **Friday, September 17, 2010 at 3:00 pm.**

 Dated: August 13, 2010